1  **ALSCHULER GROSSMAN STEIN & KAHAN LLP**
   STANTON L. STEIN (Bar No. 45997)
2  DANIEL A. FIORE (Bar No. 219783)
   The Water Garden
3  1620 26th Street
   Fourth Floor, North Tower
4  Santa Monica, CA 90404-4060
   Telephone: 310.907.1000
5  Facsimile: 310.907.2000

6  Attorneys for Plaintiff
   RDF MEDIA LIMITED
7
   **McDERMOTT WILL & EMERY LLP**
8  ROBERT H. ROTSTEIN (Bar No. 72452)
   LISA E. STONE (Bar No. 198160)
9  ROBERT M. PRYOR (Bar No. 223210)
   2049 Century Park East, 34th Floor
10 Los Angeles, CA 90067-3208
   Telephone: 310.277.4110
11 Facsimile: 310.277.4730

12 Attorneys for Defendants
   FOX BROADCASTING COMPANY AND
13 ROCKET SCIENCE LABORATORIES, LLC

14

                UNITED STATES DISTRICT COURT
15
                CENTRAL DISTRICT OF CALIFORNIA
16

17

| | |
|---|---|
| RDF MEDIA LIMITED, a Limited Liability Company registered in England and Wales,<br><br>Plaintiff,<br><br>v.<br><br>FOX BROADCASTING COMPANY, a Delaware Corporation; ROCKET SCIENCE LABORATORIES, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 04-10227 SJO (CWx)<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON** |

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

LAS99 1436810-1 045025.0044

1  IT IS HEREBY STIPULATED by and between the parties to this action
2  through their designated counsel that the above-captioned action be and hereby is
3  dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure
4  41(a)(1). The parties shall bear their own respective attorneys' fees and costs
5  incurred in the prosecution and defense of the above-captioned action.

6  Dated: January 24, 2006

**McDERMOTT WILL & EMERY LLP**
ROBERT H. ROTSTEIN
LISA E. STONE
ROBERT M. PRYOR

By: /s/ Robert H. Rotstein
Robert H. Rotstein
Attorneys for Defendants
FOX BROADCASTING COMPANY
AND ROCKET SCIENCE
LABORATORIES, LLC

Dated: January 24, 2006

**ALSCHULER GROSSMAN STEIN & KAHAN LLP**
STANTON L. STEIN
DANIEL A. FIORE

By: /s/ Stanton L. Stein
Stanton L. Stein
Attorneys for Plaintiff
RDF MEDIA LIMITED

ORDER

IT IS SO ORDERED.

DATED: 2-1/06

_____
United States District Court Judge

LAS99 1436810-1.045025.0044

- 2 -

**PROOF OF SERVICE BY MAIL**
CCP §1013a CCP Revised 1/1/88
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 34th Floor, Los Angeles, California 90067-3208.

On **February 1, 2006**, I served the foregoing document described as

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON**

on the interested parties of record in the action by:

☒ placing true copies thereof enclosed in a sealed envelope addressed as stated on the attached service list.

☐ placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows: document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

*Please see attached service list.*

☒ **BY MAIL**

☐ I deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Firm City, Firm State in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 1, 2005**, at Los Angeles, California.

_____
Patricia DuPree

LAS99 1391835-12.045025 0044

**PROOF OF SERVICE**

**Service List**

| | |
|---|---|
| Stanton L. Stein, Esq.<br>ALSCHULER GROSSMAN STEIN<br>& KAHAN LLP<br>The Water Garden<br>North Tower<br>1620 - 26th Street, 4th Floor<br>Santa Monica, CA  90404-4060 | Attorneys for Plaintiff |

LAS99 1391835-12.045025.0044

- 2 -

**PROOF OF SERVICE**